■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMALL CHERRY, Appellant. [895 NYS2d 850]—Appeal by the defendant from a judgment of the County Court, Westchester County (DiBella, J.), rendered November 14, 2008, convicting him of sexual abuse in the first degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]) in which he moves to be relieved of the assignment to prosecute this appeal.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Mastro, J.P., Fisher, Santucci, Angiolillo and Lott, JJ., concur.